FILED
2026 Sep-21 AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**COREY DEWALTER COWLEY,**<br>Defendant. | **5:25-cr-197-CLM-HNJ-1** |

**ORDER**

On August 21, 2026, the United States Magistrate Judge entered a report and recommendation concerning the defendant's plea of guilty (Doc. 38), to which the parties have filed no objection to the recommendation.

Accordingly, it is ORDERED that the magistrate judge's recommendation (Doc. 38) is adopted, the court accepts the defendant's plea of guilty as to counts 2 and 5 of the indictment, and the defendant is adjudged guilty of these offenses.

It is further ORDERED as follows:

The court sets a sentencing hearing for Defendant Corey Dewalter Cowley on December 3, 2026 at 11:00 a.m. United States Courthouse, Huntsville, AL.

Federal Rule of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, the court ORDERS that the parties file such objections with the Clerk of Court. If the defendant intends to waive the 35-day disclosure requirement under Fed. R. Crim. Proc. 32(e)(2), the parties must file

written objections within a reasonable time before sentencing for consideration by the court.

In the absence of exceptionally good cause, the court will not consider objections or any other filings filed after 12:00 PM on Tuesday, December 1, 2026.

**Done** and **Ordered** on September 21, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE